# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ACE Maintenance & Services, Inc. )       ASBCA No. 61291
)
Under Contract No. N40080-15-D-0305 )

APPEARANCES FOR THE APPELLANT:       Adam K. Lasky, Esq.
                                     Howard W. Roth III, Esq.
                                       Oles Morrison Rinker & Baker, LLP
                                       Seattle, WA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                       Navy Chief Trial Attorney
                                     David L. Koman, Esq.
                                       Assistant Director

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 May 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61291, Appeal of ACE Maintenance & Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals